IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO DENTRAY BATTLE, <br> AIS #250 833, <br>     Plaintiff, <br>         v. <br> CANDICE TAYLOR, *et al.*, <br>     Defendants. | ) ) ) ) ) ) Case No. 2:17-cv-228-RAH-JTA ) ) ) ) ) |

## **ORDER**

Before the Court is the Recommendation of the United States Magistrate Judge entered June 22, 2020. (Doc. 83.) The Plaintiff filed an objection on July 2, 2020. (Doc. 85.) Based on an independent review of the record, it is

ORDERED as follows:

1. The Objection, (Doc. 85), is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. The Defendants' Motions for Summary Judgment (Docs. 16, 37) are GRANTED.

4. This case is DISMISSED with prejudice.

DONE, this 27th day of July, 2020.

                                                /s/ R. Austin Huffaker, Jr.
                                                R. AUSTIN HUFFAKER, JR.
                                                UNITED STATES DISTRICT JUDGE